# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ONE PLACE CAPITAL, A DIVISION OF BANK MIDWEST, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:18-cv-829-SDJ-KPJ |
| MICHAEL OAKES, individually and doing business as NEOGRAFT RESOURCES, LLC, | § § § § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 24, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. 26) that the Clerk's Entry of Default (Dkt. 12) be vacated and Plaintiff's Motion for Default Judgment (Dkt. 13) be denied without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the Clerk's Entry of Default (Dkt. 12) is hereby **VACATED** and Plaintiff's Motion for Default Judgment (Dkt. 13) is **DENIED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 11th day of March, 2020.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE